**Kathy A. Dockery**
**Chapter 13 Trustee**
**700 South Flower Street, Suite 1950**
**Los Angeles, CA 90017**
**Phone: (213) 996-4400**
**FAX (213) 996-4426**

**Date**: January 13, 2011

**To**: CLERK, UNITED STATES BANKRUPTCY COURT

**From**: CLAIMS ADMINISTRATION DEPARTMENT
Kathy A. Dockery, Chapter 13 Trustee

**Re**: **NOTICE OF CREDITOR CHANGE OF ADDRESS**
**Name of Payee:**: INTERNAL REVENUE SERVICE
Debtors(s): Alycia Lara Harrison

Please see the attached communication indicating the creditor's change of address affecting the following claims(s):

**Claim Register #:**

---

Sincerely,

Kathy A. Dockery
Chapter 13 Trustee

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

**SMALL BUSINESS/SELF-EMPLOYED DIVISION**

November 23, 2010

Dear Chapter 13 Trustee,

The Centralized Insolvency Operation (CIO) is located within the Philadelphia Campus, which is currently comprised of four separate buildings located approximately thirty minutes from downtown Philadelphia. As part of its facility modernization plan, the Internal Revenue Service (IRS) is consolidating the Philadelphia Campus into one facility in downtown Philadelphia.

Effective **January 1, 2011**, the addresses for the CIO will change as follows:

Payments should be sent to:
**Internal Revenue Service**
**PO Box 7317**
**Philadelphia, PA 19101-7317**
(replaces PO Box 21125)

Correspondence pertaining to bankruptcy cases should be sent to:
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
(replaces PO Box 21126)

Overnight mail should be directed to:
**Internal Revenue Service**
**2970 Market Street**
**Mail Stop 5-Q30.133**
**Philadelphia, PA 19104-5016**

The toll-free telephone number will remain the same - (800) 913-9358. However, the number for facsimile transmission will change to **(267) 941-1015**.

We are also pleased to announce that the communication protocol for the Electronic Federal Tax Payment System (EFTPS) has recently been upgraded to allow high speed internet transmission of bankruptcy payments and voucher information. This is a secure environment for sending your files to us via EFTPS. Additional information will be provided to you in early 2011, but in the meantime, please feel free to visit the following website: https://de.eftps.gov.

If you have any questions or concerns about the content of this letter, please contact us at 1-800-913-9358.

Sincerely,

Teresa Harley

Teresa Harley
Operation Manager, Centralized Insolvency